IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00396-WYD-KLM

NXGEN, LLC., a Colorado limited liability company,

    Plaintiff(s),

v.

MARK O. DEJONGE;
JIM CLIFFORD; and
OPSTOCK, INC., a Michigan corporation,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter is before the Court on Defendants' Motion to Attend Scheduling Conference by Telephone (Docket No. **23,** Filed August 20, 2007) ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED.**

    IT IS FURTHER **ORDERED** that Defendants' counsel shall contact the Court to participate in the Scheduling Conference set August 29, 2007 at 10:30 a.m. (Mountain Time) by telephoning **(303) 844-4892** at the scheduled date and time.


Dated:  August 21, 2007