IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00396-WYD-KLM

NXGEN, LLC., a Colorado limited liability company,

    Plaintiff(s),

v.

MARK O. DEJONGE;
JIM CLIFFORD; and
OPSTOCK, INC., a Michigan corporation,

    Defendant(s).

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter comes before the Court on Plaintiff's **Motion for Entry of the Stipulated Protective Order** [Docket No. 41; filed October 8, 2007] (the "Motion") and **Stipulation and Order Respecting Confidentiality of Discovery Materials** [Docket No. 44; filed October 16, 2007] (the "Protective Order").

IT IS HEREBY **ORDERED** that the Motion [Docket No. 41] is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order [Docket No. 44; filed October 16, 2007] is **accepted** for filling and is entered as an Order of this Court as of the date of this Minute Order.

Dated: October 23, 2007