IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00396-WYD-KLM

NXGEN, LLC, a Colorado limited liability company,

    Plaintiff,

v.

MARK O. DEJONGE;
JIM CLIFFORD; and
OPSTOCK, INC., a Michigan corporation,

    Defendants.

---

## ORDER

---

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice filed November 27, 2007 (docket # 51). The Court having reviewed the Stipulation, and having fully considered the grounds therein, it is hereby

ORDERED that the Stipulation for Dismissal with Prejudice filed November 27, 2007 (docket # 51) is **APPROVED**. It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE** each party to bear its own costs and attorneys' fees.

Dated: November 29, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge